UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JESSICA MORTON | : | CIVIL ACTION NO. 12-1218 |
| VS. | : | JUDGE S. MAURICE HICKS |
| BOSSIER PARISH SCHOOL BOARD | : | MAG. JUDGE KAREN L. HAYES |

## ORDER

Before the undersigned Magistrate Judge, on reference from the District Court, is a "Motion for a More Definitive [sic] Statement and Motion to Strike Amended Complaint" [doc. # 20] filed by defendant Bossier Parish School Board.

In response to the motion, plaintiff filed a Second Amended Complaint ("SAC"). *See* doc. #s 22 & 24. The parties agree that the SAC resolves the motion for more definite statement. (M/Leave to Amend [doc. # 22]). Furthermore, as the SAC neither refers to, nor adopts any earlier pleadings in this matter, the SAC supercedes the earlier versions of the complaint and renders them of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (citing *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir.1985)). Thus, not only is the motion for more definite statement moot, but so is the motion to strike.

In light of these developments,

IT IS ORDERED that the motions for more definite statement and to strike the amended complaint [doc. # 20] filed by defendant Bossier Parish School Board are DENIED, as moot.

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 27th day of September 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE